UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| LINDA STEPHENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV425-256 |
| | ) | |
| FRANK BISIGNANO, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Presently before the Court is Defendant, the Commissioner of Social Security's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Remand to Defendant. Doc. 17. Plaintiff consents to the Motion. *Id.* at 2. Defendant requests reversal and remand to the agency. *Id.* at 1. Upon remand, the Defendant represents that the Commissioner will conduct further proceedings, update the administrative record as necessary, and issue a new decision. *Id.*

Sentence four of Section 405(g) gives the Court the "power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social

1

Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). Accordingly, the Court **GRANTS** the Motion, doc. 17, and **REVERSES** and **REMANDS** the final decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further action consistent with this Order. The Clerk of Court is **DIRECTED** to enter the appropriate judgment and to close this case.

**SO ORDERED**, this 30th day of March, 2026.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2